UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENOK MHRTAB, Petitioner, v. TODD BLANCHE et al, Respondents. | CASE NO. 2:26-cv-03115-JHC ORDER |

This matter comes before the Court on Petitioner's Motion for Leave to Proceed In Forma Pauperis (IFP) (Dkt # 1) and Motion to Appoint Counsel (Dkt. # 2).

Because Petitioner does not appear to have funds available to afford the $405.00 filing fee, Petitioner financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). The Court thus GRANTS Petitioner's IFP application (Dkt. # 1).

There currently exists no absolute right to appointment of counsel in habeas proceedings. *See, e.g.*, *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); *Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the proceeding for financially eligible persons if "the interests of justice so require." To determine whether to appoint counsel, the "court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate

his claims *pro se* in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). It appears from Petitioner's filings that appointment of counsel may be warranted in this instant action. *See* Dkt. ## 1, 2. Furthermore, the Court notes that the Federal Public Defender's Office filed both Petitioner's IFP application and his motion to appoint counsel. Therefore, the Court GRANTS Petitioner's Motion to Appoint Counsel (Dkt. # 2) and ORDERS that Assistant Federal Public Defender Rebecca Fish is appointed to represent Petitioner.

The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, and to counsel for Respondents.

Dated this 3rd day of September, 2026.

John H. Chun
United States District Judge